IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>DALE ANDREW ROUNDSTONE,<br><br>          Defendant. | Case No. CR-08-66-BLG-TFH<br><br>ORDER DENYING AMENDED MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE |

      Pending before the Court is defendant Dale Andrew Roundstone's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [ECF No. 154]. For the reasons provided in the accompanying Memorandum Opinion, it hereby is

      **ORDERED** that defendant's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [ECF No. 154] is **DENIED** without an evidentiary hearing. It is further,

      **ORDERED** that a Certificate of Appealability is **DENIED**.

      **SO ORDERED**.

September 30, 2016

                                                               _____
                                                               Thomas F. Hogan
                                                            Senior United States District Judge